**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| Electric Power Supply Association, Petitioner, | |
| v. | No. 22-3176 |
| Federal Energy Regulatory Commission, Respondent. | |

**MOTION OF AMERICAN MUNICIPAL POWER, INC.
FOR LEAVE TO INTERVENE**

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure ("F.R.A.P."), American Municipal Power, Inc. ("AMP"), on behalf of itself and its members, hereby moves to intervene in the above-captioned proceeding.

## I.    IDENTITY OF MOVANT

AMP is a non-profit wholesale power supplier and service provider for 134 members, including 133 member municipal electric systems in the states of Ohio, Pennsylvania, Michigan, Virginia, Kentucky, West Virginia, Indiana, and Maryland, and the Delaware Municipal Electric Corporation, a joint action agency with nine members that is headquartered in Smyrna, Delaware. AMP's members own and operate municipal electric distribution utilities. AMP's members collectively serve more than 650,000 residential, commercial, and industrial customers and have a system peak of more than 3,400 megawatts. AMP's core mission is to be public

power's leader in wholesale energy supply and value-added member services and offers its members the benefits of scale and expertise in providing and managing energy services.

## II.    MOVANT'S INTEREST IN THE PROCEEDING

Petitioner in this proceeding seeks review of the following order issued by the Respondent Federal Energy Regulatory Commission ("FERC" or "Commission"):

*PJM Interconnection, L.L.C.*, Order on Voluntary Remand, Docket Nos. EL19-58-006, ER19-1486-003, 177 ¶ FERC 61,209 (Dec. 22, 2021) ("December 22 Order").

On February 22, 2022, the Commission issued a Notice of Denial of Rehearings by Operation of Law and Providing for Further Consideration, Docket Nos. EL19-58-007, ER19-1486-004, 178 FERC ¶ 62,108 (Feb. 22, 2022). AMP and its members will be materially impacted by the Court's disposition of this appeal, and no other party can adequately represent AMP's and its members' interests in this proceeding. AMP will support the Respondent FERC.

AMP was a party to the agency proceedings underlying the petition for review. Those proceedings involved filings made by PJM Interconnection, L.L.C. ("PJM") on March 29, 2019, in FERC Docket No. EL19-58-000, pursuant to Section 206 of the Federal Power Act, 16 U.S.C. § 824e, and in Docket No. ER19-1486-000, pursuant to Section 205 of the Act, 16 U.S.C. § 824d. PJM's filings proposed changes to its FERC-jurisdictional operating agreement and tariff, respectively,

relating to PJM's procurement of operating reserves, and therefore the cost of operating reserves purchased by AMP and its members.

The Commission accepted PJM's proposal, subject to certain modifications, in an order dated May 21, 2020. AMP sought rehearing of that order. The Commission denied rehearing on November 3, 2020. AMP petitioned for review of these orders in the consolidated appeals pending in the U.S. Court of Appeals for the District of Columbia Circuit, No. 20-1372, *et al.* On August 13, 2021, the Commission sought voluntary remand of the D.C. Circuit appeals, which was granted on August 23, 2021. AMP joined a motion filed on October 8, 2021, requesting that FERC issue an order on remand. Subsequently, FERC issued the December 22 Order that is the subject of the instant petition.

WHEREFORE, for the reasons set forth above, AMP on behalf of itself and its members respectfully moves pursuant to F.R.A.P. Rule 15(d) to intervene herein in support of Respondent FERC.

Respectfully submitted,

AMERICAN MUNICIPAL POWER, INC.

*/s/ Gerit F. Hull*
Gerit F. Hull
Deputy General Counsel for
  Regulatory Affairs
American Municipal Power, Inc.
1111 Schrock Road – Suite 100
Columbus, OH 43229
(614) 540-0852
ghull@amppartners.org

March 31, 2022

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

Electric Power Supply Association,
          Petitioner,

    v.                                     No. 22-3176

Federal Energy Regulatory Commission,
          Respondent.

**CERTIFICATE OF COMPLIANCE**

1.    I hereby certify that the foregoing Motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A), excluding the items exempted by Fed. R. App. P. 32(f). The Motion contains 523 words.

2. I further certify that the foregoing Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared using Microsoft Word using a proportionally spaced typeface, Times New Roman, 14-point font.

Respectfully submitted,

AMERICAN MUNICIPAL POWER, INC.

*/s/ Gerit F. Hull*
Gerit F. Hull
Deputy General Counsel for
  Regulatory Affairs
American Municipal Power, Inc.
1111 Schrock Road – Suite 100
Columbus, OH 43229
(614) 540-0852
ghull@amppartners.org

March 31, 2022

## CERTIFICATE OF SERVICE

In accordance with F.R.A.P. 25(d), I hereby certify that I have, this 31st day of March 2022, served the foregoing Motion for Leave to Intervene upon the counsel listed in the Service Preference Report *via* email through the Court's CM/ECF system.

*/s/ Gerit F. Hull*
Gerit F. Hull
Deputy General Counsel for
  Regulatory Affairs
American Municipal Power, Inc.
1111 Schrock Road – Suite 100
Columbus, OH 43229
(614) 540-0852
ghull@amppartners.org
