# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Electric Power Supply Association, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 22-3176 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR LEAVE TO INTERVENE OF
## PJM INTERCONNECTION, L.L.C.

PJM Interconnection, L.L.C. ("PJM"), pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, hereby moves for leave to intervene in the above-captioned review proceeding.

PJM is the regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia (the "PJM Region"). PJM is authorized by Respondent Federal Energy Regulatory Commission ("FERC") to administer an Open Access Transmission Tariff ("Tariff"), provide transmission service under the Tariff on the electric transmission facilities under PJM's operational control, operate an energy and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state electric control area. PJM was approved by FERC

first as an independent system operator, *Pennsylvania-New Jersey-Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000), *modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002), and then as an RTO, *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

On March 2, 2022, Electric Power Supply Association, filed in No. 22-3176 a petition for review of the following order and notice issued by FERC:

> *PJM Interconnection, L.L.C.*, Order on Voluntary Remand, Docket Nos. EL19-58-006, ER19-1486-003, 177 FERC ¶ 61,209 (Dec. 22, 2021*)*; and
>
> *PJM Interconnection, L.L.C.*, Notice of Denial of Rehearings by Operation of Law and Providing for Further Consideration, Docket Nos. EL19-58-007, ER19-1486-004, 178 FERC ¶ 62,108 (Feb. 22, 2022).

The underlying FERC proceedings concern enhancements to PJM's reserves markets rules to support efficient market outcomes and system reliability. PJM was the applicant in the FERC proceedings that resulted in the challenged order, which directed changes to PJM's FERC-filed tariff. Consequently, PJM has a direct and substantial interest in the Court's review of those orders, and PJM's interest cannot be adequately represented by any other party. Accordingly, PJM requests leave to intervene in this review proceeding.

Respectfully submitted,

*/s/ Michael J. Thompson*
  Michael J. Thompson
  Wright & Talisman, P.C.
  1200 G Street, N.W., Suite 600
  Washington, D.C. 20005
  (202) 393-1200 (phone)
  thompson@wrightlaw.com


***Attorney for***
***PJM Interconnection, L.L.C.***

Dated: March 31, 2022

Case: 22-3176   Document: 22   Filed: 03/31/2022   Page: 4

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Electric Power Supply Association, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 22-3176 |
| | ) |
| Federal Energy Regulatory Commission, | ) |
| | ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Appellate procedure, I hereby certify that I have this 31st day of March 2022, served the foregoing Motion for Leave to Intervene of PJM Interconnection, L.L.C. via the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

*/s/ Michael J. Thompson*
Michael J. Thompson
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, D.C.  20005
(202) 393-1200 (phone)

*Attorney for*
*PJM Interconnection, L.L.C.*