# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Electric Power Supply Association, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 22-3176 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO INTERVENE OF THE PENNSYLVANIA
## PUBLIC UTILITY COMMISSION

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, the Pennsylvania Public Utility Commission ("Pennsylvania Commission") hereby moves for leave to intervene in the above captioned proceeding.  The Pennsylvania Commission states as follows:

Petitioner in this proceeding seeks review of the following order issued by Respondent Federal Energy Regulatory Commission:

*PJM Interconnection, L.L.C.*, Order on Voluntary Remand, Docket Nos. EL19-58-006, ER19-1486-003, 177 FERC ¶ 61,209 (December 22, 2021).

The Pennsylvania Commission is an independent state regulatory agency created by the laws of the Commonwealth of Pennsylvania and charged with the certification, licensing, and regulation of electric distribution companies and electric generation suppliers.[1] The Pennsylvania Commission is charged by law with the enforcement of Part I of Title 66 of the Pennsylvania Code, 66 Pa.C.S. §§ 101–3316, and is authorized by law to appear in the Courts of Pennsylvania and of the United States on matters affecting its jurisdiction. 66 Pa.C.S. § 308 (b).

The Pennsylvania Commission actively participated in these proceedings below. The customers for which the Pennsylvania Commission has statutory responsibilities will be materially impacted by the Court's disposition of this appeal. No other party can adequately represent the Pennsylvania Commission's interests in this proceeding.

The Pennsylvania Commission will be supporting the Respondent.

---

[1] 66 Pa.C.S. §§ 101–3316.

WHEREFORE, for all of the foregoing reasons, the Pennsylvania Commission respectfully moves for leave to intervene with the right to participate fully in all aspects of this proceeding.

        Respectfully submitted,

        /s/ Christian A. McDewell
        Christian A. McDewell, Assistant Counsel
        Kriss E. Brown, Deputy Chief Counsel
        Renardo L. Hicks, Chief Counsel
        P.O. Box 3265
        Harrisburg, PA 17105-3265
        Tel:  (717) 787-5000
        Fax:  (717) 783-3458
        cmcdewell@pa.gov
        kribrown@pa.gov
        rehicks@pa.gov

Dated: April 1, 2022        *Counsel for the Pennsylvania Public Utility Commission*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure and based on the word count function in Microsoft Word, I hereby certify that the foregoing motion complies with the type-volume limitation of Rule 27(d)(2)(a) because it contains 235 words, excluding the parts of the motion exempted by Rule 32(f).

/s/ Christian A. McDewell
Christian A. McDewell,
Assistant Counsel

*Counsel for the Pennsylvania Public Utility Commission*

Dated:  April 1, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed on the attached service list.

<u>/s/ Christian A. McDewell</u>
Christian A. McDewell,
Assistant Counsel

*Counsel for the Pennsylvania Public Utility Commission*

Dated:  April 1, 2022

## SERVICE LIST

**Kimberly D. Bose, Secretary**
**Robert H. Solomon, Solicitor**
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426