IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Electric Power Supply Association, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | Case No. 22-3176 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| *Respondent.* | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
OLD DOMINION ELECTRIC COOPERATIVE**

Pursuant to Fed. R. App. P. 15(d), Old Dominion Electric Cooperative ("ODEC") hereby moves for leave to intervene in the above-captioned proceeding. In support of this Motion, ODEC states as follows:

The Electric Power Supply Association ("Petitioner") seeks review of agency action by Respondent Federal Energy Regulatory Commission ("FERC") in FERC Docket Nos. EL19-58 and ER19-1486. In particular, Petitioner seeks review of FERC's December 22, 2021 order on voluntary remand from the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"),[1] which affirmed in part and reversed in part FERC's prior orders in the underlying

---

[1] *PJM Interconnection, L.L.C.*, 177 FERC ¶ 61,209 (2021).

- 2 -

proceedings regarding PJM Interconnection, L.L.C.'s ("PJM") Operating Reserve Demand Curve ("ORDC") and proposed cap on Reserve Penalty Factors. Petitioner also notes that on February 22, 2022, FERC issued a notice stating that Petitioner's request for rehearing of the December 22, 2021 order "may be deemed denied" by operation of law because FERC had failed to act on the request within 30 days, but reserving the right to take further action.[2]

ODEC is a not-for-profit power supply electric cooperative, organized and operating under the laws of Virginia and subject to FERC jurisdiction. ODEC supplies capacity and energy to its eleven electric distribution cooperative members, all of which are located within the PJM control area. ODEC is a network transmission customer of PJM, as well as a PJM Transmission Owner. ODEC is a generation-owning utility, dependent upon the use of the transmission facilities of PJM under its Tariff to deliver the output of ODEC's generation facilities located within PJM and to deliver periodic power purchases from third party sellers to the load of its member systems in PJM's footprint. ODEC takes transmission service under the PJM Tariff. ODEC is also a Market Seller of energy and capacity under the PJM Tariff.

---

[2] *See Notice of Denial of Rehearings by Operation of Law and Providing for Further Consideration*, Docket Nos. EL19-58-007 and ER19-1486-004, 178 FERC ¶ 62,108 (issued Feb. 22, 2021); *see also* 16 U.S.C. § 825*l* (2018).

Further, ODEC is a party to the underlying FERC proceedings and sought review of FERC's prior ORDC orders in the consolidated D.C. Circuit proceedings during which FERC requested, and was granted, a voluntary remand "to further consider, and to issue a further order on"[3] PJM's contested ORDC proposals. As a party to the underlying FERC proceedings, and petitioner in the consolidated D.C. Circuit proceedings, ODEC has a substantial interest in the above-captioned case that cannot adequately be represented by another party. In addition, without limiting the positions it may advance, ODEC advises the Court that it expects to support Respondent FERC with respect to issues anticipated to be raised by Petitioner in the above-captioned case.

Finally, ODEC submits that this Motion is timely pursuant to Fed. R. App. P. 15(d).

WHEREFORE, ODEC respectfully moves the Court for leave to intervene with the right to participate fully in all aspects of this proceeding.

---

[3] *See* Mot. Of Respondent Federal Energy Regulatory Commission for Voluntary Remand, *Am. Mun. Power, Inc., et al. v. FERC*, D.C. Cir. Case Nos. 20-1372, *et al.* (filed Aug. 13, 2021), at 3.

Respectfully submitted,

 /s/ *Rebecca L. Shelton*
Rebecca L. Shelton
Adrienne E. Clair*
Jecoliah R. Williams
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C.  20006-1167
(202) 585-6900
(202) 585-6969 (fax)
rshelton@thompsoncoburn.com
aclair@thompsoncoburn.com
jwilliams@thompsoncoburn.com

*Counsel for Old Dominion Electric Cooperative*

*Pending application for admission to practice before this Court.

Dated: April 1, 2022

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Electric Power Supply Association, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | Case No. 22-3176 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| *Respondent.* | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 6 Cir. R. 26.1 of the Local Rules of this Court, Old Dominion Electric Cooperative ("ODEC") hereby submits this corporate disclosure statement.

ODEC is a not-for-profit power supply electric cooperative to which Rule 26.1 does not apply. *See* Fed. R. App. P. 26.1(a).

Respectfully submitted,

/s/ *Rebecca L. Shelton*
Rebecca L. Shelton
Adrienne E. Clair*
Jecoliah R. Williams
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006-1167
(202) 585-6900
(202) 585-6969 (fax)
rshelton@thompsoncoburn.com
aclair@thompsoncoburn.com
jwilliams@thompsoncoburn.com

*Counsel for Old Dominion Electric Cooperative*

*Pending application for admission to practice before this Court.

Dated: April 1, 2022

## CERTIFICATE OF SERVICE

I certify that on April 1, 2022, I caused the foregoing Motion and Corporate Disclosure Statement to be served via the Court's CM/ECF system.

 /s/ *Rebecca L. Shelton*
Rebecca L. Shelton